IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KAYLA L. JEFFERSON					PLAINTIFF

v.					No. 3:06CV00158 GH

GRAHAM L. CROOKS, ET AL.					DEFENDANTS

### ORDER

Pending before the Court is the February 28th motion filed by GEICO to sever any and all issues of insurance coverage from the tort issues in this case and to order a bifurcated hearing on any and all insurance coverage issues to be separate from and prior to the hearing on the tort issues.[1] No response to this motion has been filed.

Local Rule 7.2(a) provides:

All motions except those mentioned in paragraph (d) shall be accompanied by a brief consisting of a concise statement of relevant facts and applicable law. Both documents shall be filed with the Clerk, and copies shall be served on all other parties affected by the motion.

The current motion itself does not address, much less have an accompanying brief providing, a "concise statement of relevant facts and applicable law" and so does not comply with Local Rule 7.2(a). In addition, the Court is unable to determine on the current record whether GEICO is entitled to the type of severance requested.

---

[1] The Court notes that GEICO in its February 28th answer states that it moves for a severance and separate non-jury trial of all insurance coverage issues and for a determination of all rights, duties, responsibilities and liabilities of the parties under the insurance policy in question.

-1-

Accordingly, GEICO's February 28th motion (#13) to sever is hereby denied without prejudice.

IT IS SO ORDERED this 20th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE