**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**KAYLA L. JEFFERSON**                                                               **PLAINTIFF**

v.                                    **3:06-CV-00158-WRW**

**GRAHAM CROOKS, et al.**                                                    **DEFENDANTS**

**ORDER**

      Pending is Defendant Hertz Rental Car LLC's Amended Motion to Compel (Doc. No. 47). Since Plaintiff has failed to respond to the motion, I assume she concedes.

      Accordingly, Defendant Hertz Rental Car LLC's Amended Motion to Compel (Doc. No. 47) is GRANTED, and Plaintiff is directed to respond to Defendant's discovery requests by 5 p.m., Monday, January 21, 2008.

      IT IS SO ORDERED this 7th day of January, 2008.


                                                          /s/Wm. R. Wilson, Jr.
                                              UNITED STATES DISTRICT JUDGE