# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KAYLA L. JEFFERSON**                                                                                       **PLAINTIFF**

**v.**                                     **3:06CV00158-WRW**

**GRAHAM L. CROOKS,**
**HERTZ RENTAL CAR, LLC,**
**HERTZ CORPORATION, and**
**GEICO INSURANCE, as Underinsured**
**Motorist Carrier**                                                                                          **DEFENDANTS**

## ORDER

The Joint Motion for Partial Dismissal Without Prejudice (Doc. No. 64) is GRANTED.

Accordingly, Defendants Hertz Rental Car, LLC and Hertz Corporation are DISMISSED.

Hertz's Motion to Dismiss (Doc. No. 50) and Motion for Summary Judgment (Doc. No. 55) are DENIED as MOOT.

IT IS SO ORDERED this 28th day of February, 2008.


                                                                /s/Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE