**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**KAYLA JEFFERSON**                                                                        **PLAINTIFF**

VS.                                              **3:06-CV-00158-WRW**

**GRAHAM L. COOKS,**
**GEICO INSURANCE, as Underinsured**                                          **DEFENDANTS**
**Motorist Carrier**

**ORDER**

Plaintiff's counsel has not pursued service with reasonable diligence, but, at the same time, I am reluctant to deny a party an opportunity to have her claim adjudicated because per chance her counsel was not sufficiently diligent. Further, I see no prejudice to the Defendant from the delay, so I will give Plaintiff forty-five days to perfect service. Defendants' Motion to Dismiss (Doc. No. 52) is DENIED.

A Motion to Continue (Doc. No. 73) is pending, and no party objects -- the motion is GRANTED. Accordingly, the trial will be continued from April 22, 2008, and a new trial date with a new scheduling order will be set in due course.

IT IS SO ORDERED this 9th day of April, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT COURT JUDGE